**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela Marie Pier                           CHAPTER 7
       Joseph Thomas Pier

          Debtor(s)                                       BKY. NO. 24-14429 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
16 Dec 2024, 13:05:11, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322