Certificate Number: 17082-PAE-DE-039178981

Bankruptcy Case Number: 24-14429



17082-PAE-DE-039178981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2024</u>, at <u>1:50</u> o'clock <u>PM MST</u>, <u>ANGELA M PIER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 22, 2024</u>          By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>