United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14429-pmm
Joseph Thomas Pier  Chapter 7
Angela Marie Pier
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Mar 19, 2025      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Thomas Pier, Angela Marie Pier, 6279 Front St., Bangor, PA 18013-4057 |
| 14959548 | + | Fast Auto, 601 State Ave, Emmaus, PA 18049-3029 |
| 14959550 | + | Jean Latencs, 6279 Front St, Bangor, PA 18013-4057 |
| 14959562 | + | St. Lukes Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14959563 | + | St. Lukes Laboratory, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Mar 20 2025 04:17:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 20 2025 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2025 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14959539 | + | EDI: TSYS2 | Mar 20 2025 04:17:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14959540 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:17:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14959542 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:17:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14959543 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 20 2025 00:24:00 | CitaDel Federal Credit Un, 520 Eagleveiw Blvd, Exton, PA 19341-1119 |
| 14959544 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:50:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14959545 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:38:00 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14959546 | + | EDI: DISCOVER | Mar 20 2025 04:17:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14959547 | | Email/Text: EBN@edfinancial.com | Mar 20 2025 00:23:00 | ED Financial/ESA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14959549 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 20 2025 00:23:00 | FB&T Mercury, Po Box 84064, Columbus, GA 31908-4064 |
| 14959551 | + | EDI: JPMORGANCHASE | Mar 20 2025 04:17:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |

Case 24-14429-pmm    Doc 16    Filed 03/21/25    Entered 03/22/25 00:39:47    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14959552 | + | EDI: LENDNGCLUB | Mar 20 2025 04:17:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14959553 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 20 2025 00:23:00 | LoanCare LLC, 3637 Sentara Wy - Ste. 303, Virginia Beach, VA 23452-4262 |
| 14959554 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:50:23 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14959556 | + | EDI: AGFINANCE.COM | Mar 20 2025 04:17:00 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 14959555 | + | EDI: AGFINANCE.COM | Mar 20 2025 04:17:00 | OneMain, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 14959557 | + | Email/Text: opportunitynotices@gmail.com | Mar 20 2025 00:24:00 | Opportunity Financial, 130 East Randolph Street - Suite 3400, Chicago, IL 60601-6379 |
| 14959558 | | Email/Text: ProsperBK@prosper.com | Mar 20 2025 00:23:00 | Prosper Marketplace, 221 Main St, Suite 300, San Francisco, CA 94105-1909 |
| 14959559 | + | EDI: TDBANKNORTH.COM | Mar 20 2025 04:17:00 | Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 14959564 | + | EDI: SYNC | Mar 20 2025 04:17:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14959561 | ^ | MEBN | Mar 20 2025 00:19:45 | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14959560 | ^ | MEBN | Mar 20 2025 00:19:45 | St. Lukes, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14959565 | + | EDI: TDBANKNORTH.COM | Mar 20 2025 04:17:00 | TD RCS/Raymour & Flanigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14959566 | + | EDI: PHINGENESIS | Mar 20 2025 04:17:00 | The Bank of Missouri/Milstne, PO Box 4499, Beaverton, OR 97076-4499 |
| 14959567 | ^ | MEBN | Mar 20 2025 00:19:48 | Toyota Motor Credit Corp, P.O. Box 661009, Dallas, TX 75266-1009 |
| 14959568 | + | Email/Text: bankruptcy@bbandt.com | Mar 20 2025 00:23:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 14959569 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 20 2025 00:24:00 | Westlake Financial Servi, 4751 Wilshire Blvd. - Ste. 100, Los Angeles, CA 90010-3847 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14959541 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 34

Date: Mar 21, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

**Name** — **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Joseph Thomas Pier claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Joint Debtor Angela Marie Pier claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joseph Thomas Pier<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4094<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Angela Marie Pier<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8583<br>EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   24–14429–pmm | | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Thomas Pier                                         Angela Marie Pier

3/18/25                                                                **By the court:**   Patricia M. Mayer
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**